106 F.3d 386
 Wallace Mitchell, Aaron Gholston, Cory Micenheimer, Darren
Andrews, Gary Avery, Zachary Sprah, Lawrence Lee, George
Chapdelaine, James King, John W. Johnson, Spencer Johnson,
Allen Parr, Charles A. Coates
v.
J.T. Holland, Warden, Donn C. Troutman, Unit Manager, Ron
Cronrath, Associate Warden, Bobby Shearin, Associate Warden,
Mike Brusca, D.H.O., K. Ask-Carlson, Unit Manager, Hope
Moro, Staff Attorney, Patricia Rodman, Case Management
Corr., R. Hamm, Executive Assistant,
 NO. 95-7300
 United States Court of Appeals,
Third Circuit.
 Dec 13, 1996
 
 Appeal From: M.D.Pa. , No. 94-cv-01144 ,
 Kosik, J.
 
 
 1
 AFFIRMED.